# EXHIBIT A

| | |
|---|---|
| **From:** | Chris Houk |
| **To:** | Peters, Kristy; Jeong, Yijee |
| **Cc:** | Ramirez, Vicky; Tanika Sherman; Bishop, Aurea; Isa Ramirez; Marina Kovačević |
| **Subject:** | RE: Uber Technologies Incorporated v. Davis Petition for Confirmation of Arbitration Award |
| **Date:** | Monday, March 13, 2023 8:50:39 PM |
| **Attachments:** | image001.png |
| | image002.png |

Kristy and Yijee: I'm not authorized to accept service. Thank you. Chris

**Houk Law Firm, PLLC**
**\*\*Please note address has changed to:**
4645 South Lakeshore Drive
Suite 13
Tempe, Arizona 85282
480.569.2377 – Phone
480.569.2379 – Fax
chouk@houklawfirm.com
www.houklawfirm.com

**Serving Employees, Executives, and Employers with Advice and Litigation Support.**

**Confidential Communication:** This email may contain confidential, attorney-client privileged information. If you are not the intended recipient, please immediately destroy this email. Thank you for your cooperation.

**From:** Peters, Kristy <KPeters@littler.com>
**Sent:** Monday, March 13, 2023 11:23 AM
**To:** Jeong, Yijee <YJeong@littler.com>; Chris Houk <chouk@houklawfirm.com>
**Cc:** Ramirez, Vicky <VicRamirez@littler.com>; Bishop, Aurea <ABishop@littler.com>
**Subject:** RE: Uber Technologies Incorporated v. Davis Petition for Confirmation of Arbitration Award

Chris:

Following up on this. Please let know if you will accept service or if we should move forward with serving your client directly.

Kristy

**Kristy Peters**
Office Managing Shareholder
602.474.3639 direct, 602.432.3080 mobile
KPeters@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere

Camelback Esplanade, 2425 East Camelback Road, Suite 900, Phoenix, AZ 85016-4242

**From:** Jeong, Yijee <YJeong@littler.com>
**Sent:** Thursday, March 9, 2023 4:13 PM
**To:** Chris Houk <chouk@houklawfirm.com>
**Cc:** Peters, Kristy <KPeters@littler.com>; Ramirez, Vicky <VicRamirez@littler.com>; Bishop, Aurea <ABishop@littler.com>
**Subject:** Uber Technologies Incorporated v. Davis Petition for Confirmation of Arbitration Award

Chris,

Attached is a copy of the Petition for Confirmation of Arbitration Award that was filed.  Please let us know if you will accept service on behalf of Sir Lawrence Davis.

Thank you.

**Yijee Jeong**
Attorney at Law
602.474.3619 direct, 602.245.2652 mobile, 602.865.7099 fax
YJeong@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere

Camelback Esplanade, 2425 East Camelback Road, Suite 900, Phoenix, AZ 85016-4242

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

| | |
|---|---|
| **From:** | Chris Houk |
| **To:** | Peters, Kristy; Jeong, Yijee |
| **Cc:** | Ramirez, Vicky; Bishop, Aurea; Tanika Sherman; Marina Kovačević |
| **Subject:** | RE: Uber Technologies Incorporated v. Davis Petition for Confirmation of Arbitration Award |
| **Date:** | Monday, March 13, 2023 12:10:54 PM |
| **Attachments:** | image001.png |
| | image002.png |

Kristy: I will check. Chris

**Houk Law Firm, PLLC**
**\*\*Please note address has changed to:**
4645 South Lakeshore Drive
Suite 13
Tempe, Arizona 85282
480.569.2377 – Phone
480.569.2379 – Fax
chouk@houklawfirm.com
www.houklawfirm.com

**Serving Employees, Executives, and Employers with Advice and Litigation Support.**

**Confidential Communication:** This email may contain confidential, attorney-client privileged information. If you are not the intended recipient, please immediately destroy this email. Thank you for your cooperation.

---

**From:** Peters, Kristy <KPeters@littler.com>
**Sent:** Monday, March 13, 2023 11:23 AM
**To:** Jeong, Yijee <YJeong@littler.com>; Chris Houk <chouk@houklawfirm.com>
**Cc:** Ramirez, Vicky <VicRamirez@littler.com>; Bishop, Aurea <ABishop@littler.com>
**Subject:** RE: Uber Technologies Incorporated v. Davis Petition for Confirmation of Arbitration Award

Chris:

Following up on this. Please let know if you will accept service or if we should move forward with serving your client directly.

Kristy

**Kristy Peters**
Office Managing Shareholder
602.474.3639 direct, 602.432.3080 mobile
KPeters@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere

Camelback Esplanade, 2425 East Camelback Road, Suite 900, Phoenix, AZ 85016-4242

**From:** Jeong, Yijee <YJeong@littler.com>
**Sent:** Thursday, March 9, 2023 4:13 PM
**To:** Chris Houk <chouk@houklawfirm.com>
**Cc:** Peters, Kristy <KPeters@littler.com>; Ramirez, Vicky <VicRamirez@littler.com>; Bishop, Aurea <ABishop@littler.com>
**Subject:** Uber Technologies Incorporated v. Davis Petition for Confirmation of Arbitration Award

Chris,

Attached is a copy of the Petition for Confirmation of Arbitration Award that was filed.  Please let us know if you will accept service on behalf of Sir Lawrence Davis.

Thank you.

**Yijee Jeong**
Attorney at Law
602.474.3619 direct, 602.245.2652 mobile, 602.865.7099 fax
YJeong@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere

Camelback Esplanade, 2425 East Camelback Road, Suite 900, Phoenix, AZ 85016-4242

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT B

**ADVANCE Courier Services, LLC**
PO Box 25331, Scottsdale, AZ 85255 (Maricopa County)

## CERTIFICATE OF ATTEMPTED SERVICE

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | 2:23-cv-00416-JAT |
|---|---|
| Name of Court | Case Number |

| UBER TECHNOLOGIES, INC. | SIR LAWRENCE DAVIS |
|---|---|
| Name of Petitioner/Plaintiff | Name of Defendant/Respondent |

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e).45(b), and/or A.R.S. 13-4072, to serve process in this case. I received for service the following document(s) in this action from:

KRISTY PETERS, SBN 024756 (kpeters@littler.com)
YIJEE JEONG, SBN 033287 (vjeong@littler.com)
Littler Mendelson, P.C., 2425 E. Camelback Rd., Ste. 900, Phoenix, AZ 85016 (602) 474-3600

1. Petition for Confirmation of Arbitration Award (Doc. 1); 2. Civil Cover Sheet (Doc. 1-1); 3. Exhibit A (Doc. 1-2); 4. Proposed Order Granting Petition for Confirmation of Arbitration Award (Doc. 1-3); 5. Summons in a Civil Action (Doc. 2); 6. Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (Doc. 3); 7. Summons in a Civil Action (Doc. 4); 8. Corporate Disclosure Statement (Doc. 5); 9. Order (Doc. 6); 10. Notice of Errata (Doc. 7); 11. Exhibit A (Doc. 7-1); 12. Petition for Confirmation of Arbitration Award (Doc. 8); 13. Exhibit A (Doc. 8-1); 14. Petitioner's Corporate Disclosure Statement (Doc. 9); 15. Petition for Confirmation of Arbitration Award (Doc. 10); 16. Exhibit A (Doc. 10-1).

| I attempted to serve: | SIR LAWRENCE DAVIS | on: | 03.17 – 27.23 |
|---|---|---|---|
| | Person or entity served | | Date |

service attempts:
1st attempt: 03.17.23 at 2:34 p.m. No one answered the door or no one was home.
2nd attempt: 03.20.23 at 12:10 p.m. No one answered the door or no one was home.
3rd attempt: 03.21.23 at 5:46 p.m. No one answered the door or no one was home.
4th attempt: 03.22.23 at 1:54 p.m. No one answered the door or no one was home.
5th attempt: 03.27.23 at 10:44 a.m. No one answered the door or no one was home.

Date/Time

**PLACE:**

[X] Residence: 1505 N. Central Ave., Apt. 341, Phoenix, AZ 85004

**MANNER OF SERVICE**

[X] NON-SERVICE — After due search, careful inquiry and diligent attempts at the address(es) above, I have been unable to effect process upon the person/entity being served because of the following reasons:

[ ] Unknown at address  [ ] Moved, no forwarding  [ ] Service canceled  [X] See service detail given above

[X] Service fee: $124.00

*signed* Salim Mangoli
Affiant

3/27/23
Date

The above is covered by A.R.S. as amended 41-413 and 11-45 and rules 4, 5, 46 and 30(I).

# Littler Mendelson LLC - SERVICE REQUEST FORM

8:15 Am

Reference Number: 031-723_1541_357991

*Click the blue button to generate a unique reference number for your service request.*

| Date | Client Billing No |
|---|---|
| 03/17/23 | 073208.2087 |

| Client Name | Cause No |
|---|---|
| Uber | 2:23-cv-00416-JAT |

| Firm/Company/Court/Destination | Attention |
|---|---|
| Sir Lawrence Davis | |

| Address: | Suite | City | State | Zip |
|---|---|---|---|---|
| 1505 North Central Ave., Apt. 341 | | Phoenix | AZ | 85004 |

| Attorney/Paralegal | Admin Assistant | Phone/Ext. | Alternate contact number |
|---|---|---|---|
| Kristy Peters/Yijee Jeong | Vicky Ramirez | 602-474-3617 | |

| Service Type | Process Service | Turn Around Time | Same Day |
|---|---|---|---|

**Instructions:** Please serve complete court file (16 documents) on Friday, March 17, 2023. Pick up documents from Littler.

Ok to deliver through mail slot or leave without signatures? ①st attempt to serve: 3/17/23 2:34 PM
Yes ☐  No ☑  No one answered the door or no one was home.

Delivery confirmation phone call? ②nd attempt to serve: 3/20/23 12:10 PM
Yes ☑  No ☐  No one answered the door or no one was home.

Received by ③rd attempt to serve: 3/21/23 5:46 PM
No one answered the door or no one was home.
Time: 5:46 PM   Date: 3/21/23

Messenger/Process Server Signature ④th attempt to serve: 3/22/23 1:54 PM
No one answered the door or no one was home.
Salim
Service Charge

**ADVANCE Courier Services**  PO BOX 25331, SCOTTSDALE, AZ 85255  (602) 628-3458
advancecourier@live.com

⑤th attempt to serve: 3/27/23 10:44 AM
No one answered the door or no one was home.