UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Uber Technologies, Inc., | Case No. 2:23-cv-00416-JAT |
| Petitioner, | **PROPOSED ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE** |
| v. | |
| Sir Lawrence Davis, | |
| Respondent. | |

The Court has received and reviewed Petitioner's Motion for Alternative Service.

**IT IS HEREBY ORDERED**, for the reasons stated in Petitioner's Motion for Alternative Service is **GRANTED**. Plaintiff can serve the Petition for Confirmation of Arbitration Award and Summons on Respondent Sir Lawrence Davis by the following means:

1. Mailing the Petition for Confirmation of Arbitration Award and Summons to the last known address of Mr. Davis;

2. E-mailing the Petition for Confirmation of Arbitration Award and Summons to the last known e-mail address of Mr. Davis; and

3. E-mailing the Petition for Confirmation of Arbitration Award and Summons to Christopher Houk, Mr. Davis's known attorney.