**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Uber Technologies Incorporated, | No. CV-23-00416-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Sir Lawrence Davis, | |
| Defendant. | |

The petition pending before this Court alleges jurisdiction based on 28 U.S.C. § 1331. However, the only federal statute referenced is 9 U.S.C. § 9, which is the Federal Arbitration Act ("FAA"). "[T]he FAA does not itself confer jurisdiction on federal district courts over actions to compel arbitration or to confirm or vacate arbitration awards [citations omitted], nor does it create a federal cause of action giving rise to federal question jurisdiction under 28 U.S.C. § 1331." *United States v. Park Place Assocs., Ltd.*, 563 F.3d 907, 918 (9th Cir. 2009). Thus, the FAA cannot create federal question jurisdiction.

Accordingly,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS ORDERED** that within 7 days of the date of this Order, Plaintiff must file a supplement to the petition alleging a basis for federal subject matter jurisdiction, or this case will be dismissed, without prejudice.

Dated this 12th day of May, 2023.

James A. Teilborg
Senior United States District Judge